UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DIEGO FERNANDO COCA PETITIONER

V. CIVIL ACTION NO. 3:25-CV-753-DPJ-ASH

WARDEN CHILDRESS RESPONDENT

ORDER

Petitioner Diego Fernando Coca, an inmate at the Federal Correctional Complex in Yazoo City, Mississippi, filed this habeas petition under 28 U.S.C. § 2241. *See* Pet. [1]. His petition challenges the Bureau of Prisons' calculation of his sentence. *Id.* at 1.

On August 6, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [12]. Judge Harris recommends that the Court dismiss the petition. R&R [12] at 4. As Judge Harris explained, Coca has failed to exhaust administrative remedies. *See id.* at 3. No objection has been filed, and the time to do so has passed. *See* R&R [15] at 4 (advising Coca that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), *quoted in Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

IT IS ORDERED that the Report and Recommendation [12] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Consistent with the

Report and Recommendation, Coca's petition is denied, and the petition is dismissed without prejudice. A separate judgment will be issued as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 26th day of August, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE